**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case Number: 1:22-cv-21016

JUAN CARLOS GIL,

     Plaintiff,

v.

THE Q.V.H. CORPORATION et al,

     Defendants.

_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, JUAN CARLOS GIL, and Defendant, THE Q.V.H. CORPORATION, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to this Defendant. Respectfully submitted this August 24, 2022.


/s/ *Anthony J. Perez*             /s/ *Daniel Hernandez*
ANTHONY J. PEREZ           DANIEL HERNANDEZ
Florida Bar No. 535451         Florida Bar No.  127561
GARCIA-MENOCAL & PEREZ, P.L.    LAW OFFICE OF DANIEL HERNANDEZ, PA.
4937 S.W. 74th Court           7900 NW 155th Street, Suite 104
Miami, FL 33155              Miami Lakes, Florida 33016
Telephone: (305) 553- 3464       Telephone:  305-239-9588
Email:  ajperez@lawgmp.com       Email:  Daniel@lawdrh.com
*Counsel for Plaintiff*              *Counsel for Defendant The Q.V.H. Corporation*

1

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this August 24, 2022.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com;
dramos@lawgmp.com

By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ