UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 1:22-cv-21016

JUAN CARLOS GIL,

    Plaintiff,

v.

THE Q.V.H. CORPORATION et al,

    Defendants.
_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, JUAN CARLOS GIL, ("Plaintiff"), and Defendant, ALOHA & MORE, INC. ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on September 2, 2022.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Luis A. Santos* |
| ANTHONY J. PEREZ | LUIS A. SANTOS |
| Florida Bar No. 535451 | Florida Bar No. 084647 |
| GARCIA-MENOCAL & PEREZ, P.L. | FORDHARRISON LLP |
| 4937 S.W. 74th Court | 101 E. Kennedy Blvd., Suite 900 |
| Miami, FL 33155 | Tampa, FL 33602-5133 |
| Telephone: (305) 553- 3464 | Telephone: (813) 261-7800 |
| Email: ajperez@lawgmp.com | Email: lsantos@fordharrison.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant Aloha & More, Inc.* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on September 2, 2022.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com; dramos@lawgmp.com


By: ___/s/ Anthony J. Perez_____
     ANTHONY J. PEREZ
     Florida Bar No.: 535451